UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

US MAGISTRATE COURT
GRG-SDTX
FILED
AUG 26 2011  3C
David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA

        Plaintiff

v.

Edwin Zoe Magana

        Defendant

Case No. 5:11-PO-6133
Magistrate Judge Guillermo Garcia

## JUDGMENT

On **August 26, 2011** the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of knowingly and willfully aiding and abetting the illegal entry of Mexican alien(s), by attempting to transport them to further their entry into the United States, in violation of Title 8 and 18, United States Code, Sections 1325 and 2(a), as charged in the Criminal Complaint, and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby placed on supervised probation for a period of two (2) years,. Defendant is ordered to serve 60 hours of community service within the first year of probation period;  on or before August 26, 2012.

In addition to any conditions of probation imposed above, IT IS FURTHER ORDERED that the following conditions of probation are also imposed:

1. Refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law-enforcement officer;
2. Associate only with law-abiding persons and maintain reasonable hours;
3. Work regularly at a lawful occupation and support your legal dependants, if any, to the best of your ability. (When out of work notify your probation officer at once, and consult him/her prior to any job changes);
4. Not leave the judicial district without permission of the probation officer;
5. Notify your probation officer immediately of any changes in your place of residence;
6. Follow the probation officer's instructions and report as directed;

7. If needed, the defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol.

The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period, or within the maximum probation period of 5 years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

IT IS FURTHER ORDERED that the Defendant shall notify the United States Attorney for the District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant and/or the United States Probation office may petition the Court for the probation to be unsupervised once the special conditions are successfully completed.

A $10.00 special assessment is imposed.

DONE at Laredo, Texas, on **August 26, 2011.**

_____
**GUILLERMO GARCIA**
**UNITED STATES MAGISTRATE JUDGE**